UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHRISTOPHER THORNTON     CIVIL ACTION

VERSUS

LOUISIANA DEPARTMENT OF PUBLIC     NO.: 16-00234-BAJ-RLB
SAFETY AND CORRECTIONS, ET AL.

ORDER

On June 1, 2016, the Louisiana Department of Public Safety and Corrections ("the Department") and its Secretary, James Leblanc ("Secretary Leblanc") (collectively, "Defendants"), filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1).[1] (Doc. 10). Specifically, the Department argued that it is a state agency, and therefore it is immune from suit in federal court pursuant to the Eleventh Amendment. *Fairley v. Stadler*, 294 F. App'x 805, 811 (5th Cir. 2008). Likewise, Secretary Leblanc argued that the Eleventh Amendment precludes suits brought against him in his official capacity in federal court. *Will v. Michigan*, 491 U.S. 58, 70, 109 S. Ct. 2314, 2312 (1989).

After the filing of Defendants' motion to dismiss, Christopher Thornton ("Plaintiff") filed a motion for partial dismissal seeking to voluntarily dismiss the Department with prejudice. (Doc. 13). That motion was terminated following the filing of Plaintiff's Amended Complaint. (Doc. 16). A review of Plaintiff's Amended

---

[1] No opposition was filed to Defendants' motion and the deadline to do so has passed.

Complaint indicates that Plaintiff no longer asserts claims against the Department or Secretary Leblanc in his official capacity.[2] (*Id.* at ¶¶ 6—9).

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' motion to dismiss (Doc. 10) is hereby **DENIED AS MOOT**.

Baton Rouge, Louisiana, this 8th day of July, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[2] Plaintiff maintains his claim against Secretary Leblanc in his individual capacity. (*Id.* at ¶ 7).