UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHRISTOPHER THORNTON                              CIVIL ACTION

VERSUS

LOUISIANA DEPARTMENT OF PUBLIC
SAFETY & CORRECTIONS, ET AL.              NO.: 16-CV-00234-BAJ-RLB

### ORDER

Considering the **Unopposed Motion to Stay Proceedings (Docs. 30, 31)** and **Motion to Strike (Doc. 33)** filed by Plaintiff Christopher Thornton,

**IT IS ORDERED** that the **Motion to Strike (Doc. 33)** is **GRANTED**.

**IT IS FURTHER ORDERED** that **the Unopposed Motion to Stay Proceedings (Doc. 30)** is **STRICKEN** from the record.

**IT IS FURTHER ORDERED** that the **Unopposed Motion to Stay Proceedings (Doc. 31)** is **GRANTED**.

**IT IS FURTHER ORDERED** that all further proceedings, including currently pending deadlines, are **STAYED** pending resolution of the criminal charges against Defendant Thomas Gaiter in the 19th Judicial District Court in East Baton Rouge Parish, Louisiana.

**IT IS FURTHER ORDERED** that the parties shall advise the Court of the status of the criminal proceedings pending against Defendant on or before **Friday, March 31, 2017**.

Baton Rouge, Louisiana, this 13TH day of January, 2017.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**